# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

SHAMEKKA MARION-JOHNS,

                        Plaintiffs,

v.

                        Case No. CIV-17-438-F

AGENCY OF CREDIT CONTROL, INC.
and MICHAEL HORSTMANN d/b/a
AGENCY OF CREDIT CONTROL,

                        Defendants.

## DEFENDANTS' ANSWER

Defendants Agency of Credit Control, Inc. and Michael Horstmann d/b/a Agency of Credit Control ("Defendants"), for their Answer to the Complaint, deny each and every allegation, except those specifically admitted in this Answer. Defendants further state as follows:

1. Paragraph 1 of the Complaint merely cites statutes and legal conclusions, and as such, requires no response from the Defendants. Defendants deny any violations of the statutes and laws cited, and deny that Plaintiff is entitled to any relief under any of the statutes and laws cited.

2. Defendants admit the allegations of Paragraph 2 of the Complaint.

3. Defendants admit that the Court has jurisdiction of this matter.

4. Paragraph 4 of the Complaint merely cites statutes and legal conclusions, and as such, requires no response from the Defendants. Defendants deny any violations

of the statutes and laws cited, and deny that Plaintiff is entitled to any relief under any of the statutes and laws cited.

5. Defendants admit that the Court has jurisdiction of this matter.

6. Defendants admit that this Court is a proper venue for this matter.

7. Defendants admit that this Court is a proper venue for this matter.

8. Defendants admit the allegations of Paragraph 8 of the Complaint.

9. Defendants admit the allegations of Paragraph 9 of the Complaint.

10. Defendants admit the allegations of Paragraph 10 of the Complaint.

11. Defendants admit the allegations of Paragraph 11 of the Complaint.

12. Defendants admit the allegations of Paragraph 12 of the Complaint.

13. Defendants admit the allegations of Paragraph 13 of the Complaint.

14. Defendants admit the allegations of Paragraph 14 of the Complaint.

15. Defendants admit the allegations of Paragraph 15 of the Complaint.

16. Defendants admit the allegations of Paragraph 16 of the Complaint.

17. Defendants admit the allegations of Paragraph 17 of the Complaint.

18. Defendants admit the allegations of Paragraph 18 of the Complaint.

19. Defendants admit the allegations of Paragraph 19 of the Complaint.

20. Defendants admit the allegations of Paragraph 20 of the Complaint.

21. Defendants admit the allegations of Paragraph 21 of the Complaint.

22. Defendants admit the allegations of Paragraph 22 of the Complaint.

23. Defendants deny the allegations of Paragraph 23 of the Complaint.

24. Defendants deny the allegations of Paragraph 24 of the Complaint.

25.	Defendants admit the allegations of Paragraph 25 of the Complaint.

26.	Defendants deny the allegations of Paragraph 26 of the Complaint.

27.	Defendants admit the allegations of Paragraph 27 of the Complaint.

28.	Defendants deny the allegations of Paragraph 28 of the Complaint.

29.	Defendants deny the allegations of Paragraph 29 of the Complaint.

30.	Defendants deny the allegations of Paragraph 30 of the Complaint.

31.	Defendants admit the allegations of Paragraph 31 of the Complaint.

32.	Defendants deny the allegations of Paragraph 32 of the Complaint.

33.	Defendants deny the allegations of Paragraph 33 of the Complaint.

34.	Defendants deny the allegations of Paragraph 34 of the Complaint.

35.	Defendants admit that there is an audio recording as alleged in Paragraph 35 of the Complaint.  Defendants deny that the audio recording contains any violations of law on the part of Defendants.

36.	Paragraph 36 of the Complaint merely restates and incorporates other allegations of the Complaint, and as such, requires no further response from the Defendants.

37.	Defendants deny the allegations of Paragraph 37 of the Complaint.

38.	Defendants deny the allegations of Paragraph 38 of the Complaint.

39.	Defendants deny the allegations of Paragraph 39 of the Complaint.

40.	Defendants deny the allegations of Paragraph 40 of the Complaint.

41.	Defendants deny the allegations of Paragraph 41 of the Complaint.

# **AFFIRMATIVE DEFENSES**

1.      Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.      Plaintiff's Claims for Relief are barred by the doctrine of unclean hands.

3.      Defendant Michael Horstmann is improperly named and/or an improper party Defendant.

4.      Any violation of the Fair Debt Collection Practices Act was unintentional, and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adopted to avoid such errors.

WHEREFORE, having fully answered, Defendants pray Plaintiff take nothing by way of the Complaint, that this matter be dismissed with prejudice, that Defendants be awarded attorneys' fees and costs, and for such other relief as this Court seems just and proper.

Respectfully submitted,

s/ Robert E. Norman
ROBERT E. NORMAN, OBA #14789
CHEEK & FALCONE, PLLC
6301 Waterford Blvd., Suite 320
Oklahoma City, OK  73118-1168
Telephone:  (405) 286-9191
Facsimile:  (405) 286-9670
rnorman@cheekfalcone.com
*Attorney for Defendants*

## <u>CERTIFICATE OF MAILING</u>

I hereby certify that on May 9, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Brian L. Ponder
BRIAN PONDER, LLP
200 Park Avenue, Suite 1700
New York, New York
brian@brianponder.com


      s/ Robert E. Norman

S:\11241.001\(72297)