SHAMEKKA MARION-JOHNS )
)
Plaintiff, )
)
v. ) Case No.: CIV-17-438-F
)
AGENCY OF CREDIT CONTROL, INC. and )
MICHAEL HORSTMANN d/b/a )
AGENCY OF CREDIT CONTROL, )
)
Defendants. )

## DEFENDANTS' FINAL WITNESS LIST

COMES NOW the Defendant Agency of Credit Control, Inc., and Michael Horstmann

and submit the following list of witnesses to be used at the time of trial, pursuant to the

Court's scheduling order [Doc. 13].

**Will call at trial**:

| No. | Witness | Subject |
|-----|---------|---------|
| 1. | Michael Horstmann<br>c/o Randall J. Wood<br>1109 N. Francis<br>Oklahoma City, OK 73106 | Mr. Horstmann can testify to the efforts of Agency of Credit Control, Inc., to collect a debt from the Plaintiff, and can testify to the business records of Agency of Credit Control, Inc., that reflect the contacts and communications between ACC and the Plaintiff. Mr. Horstmann also can testify that he does not "do business as" Agency of Credit Control. |
| 2. | Vance Dotson<br>1415 NW 43rd Street<br>Oklahoma City, OK 73118 | Mr. Dotson is expected to testify regarding his communications with agents of Agency of Credit Control, Inc. Deposed. |
| 3. | Thor Hauth<br>c/o Randall J. Wood<br>1109 N. Francis<br>Oklahoma City, OK 73106 | Mr. Hauth is an employee with ACC who dealt with Plaintiff and Vance Dotson on April 11, 2017. Mr. Hauth can testify to his communications with the Plaintiff and with Mr. |

| | | Dotson. |
|----|----|----|
| 4. | Zinah Borgia<br>c/o Randall J. Wood<br>1109 N. Francis<br>Oklahoma City, OK 73106 | Mr. Borgia is an employee of ACC who can testify to interactions with Vance Dotson and the Plaintiff on April 11, 2017. |
| 5. | Shamekka Marion-Johns<br>c/o Plaintiff's counsel | Plaintiff can testify to her interactions with Vance Dotson, her communications with ACC, and the provision of medical services underlying the subject debts. Deposed. |
| 6. | Russell Aguilar<br>1311 Galactic Place<br>Castle Rock, CO 80108<br>303-246-9535 | Mr. Aguilar can testify to his interaction with Plaintiff and Vance Dotson on November 17th, 2016, wherein Plaintiff agreed to Defendant speaking with Vance Dotson. |

Respectfully submitted,


 s/ Randall J. Wood
Randall J. Wood, OBA No. 10531
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, Oklahoma 73106
Telephone:   (405) 235-1611
Facsimile:   (405) 235-2904
rwood@piercecouch.com
*Attorneys for Defendants*
*Agency of Credit Control, Inc. and*
*Michael Horstmann*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Brian L. Ponder                              brian@brianponder.com
Brian Ponder, LLP
200 Park Avenue, Suite 1700
New York, New York 10166

and

Tiffany Hill                                 tiffany@brianponder.com
Brian Ponder, LLP
100 Park Avenue, Suite 700
Oklahoma City, OK  73102
***Attorneys for Plaintiff***

Robert E. Norman                             rnorman@cheekfalcone.com
Cheek & Falcone, PLLC
6301  Waterford  Blvd.,  Suite 320
Oklahoma City, OK  73118
***Attorney for Defendants***

s/ Randall J. Wood
Randall J. Wood