**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SHAMEKKA MARION-JOHNS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-17-438-F |
| | ) | |
| AGENCY OF CREDIT CONTROL, INC. and | ) | |
| MICHAEL HORSTMANN d/b/a | ) | |
| AGENCY OF CREDIT CONTROL, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' SUPPLEMENTAL FINAL EXHIBIT LIST

COMES NOW the Defendant Agency of Credit Control, Inc., and Michael Horstmann and submit the following supplemental list of exhibits to be used at the time of trial, pursuant to the Court's scheduling order [Doc. 13].

**Will use at trial**:

1. Audio recording of telephone call from Plaintiff and Vance Dotson to representative of Agency of Credit Control, Inc., on April 11, 2017.

2. Plaintiff's Complaint and demand for jury trial filed herein.

3. Letter dated October 12, 2016 from ACC to Plaintiff [ACC 04]

4. Letter dated October 26, 2016 from ACC to Plaintiff [ACC 05]

5. Letter dated March 14, 2017 from ACC to Plaintiff [ACC 06]

6. Letter dated November 18, 2016 from Plaintiff to ACC [ACC 09]

7. Letter dated January 4, 2017 from ACC to Plaintiff with attachments [ACC 01-03]

8. Account notes prepared by ACC regarding Plaintiff [ACC 07]

9. Chart of amounts owed to St. Anthony's Physicians [ACC 08]

10. Letter dated April 11, 2017 from Plaintiff to ACC [ACC 11]

11. Plaintiff's Rule 26 Disclosures.

12. Plaintiff's responses and objections to Defendants' request for production of documents.

13. Any documents regarding payments made by Plaintiff to Vance Dotson, which may be hereafter produced.

14. Audio recording of conversation between Christine Wigley and Vance Dotson to Receivable Management Group dated March 27, 2017, as referenced in the case of *Wigley v. Receivable Management Group, Inc.,* Case No. CIV-17-360-M, United States District Court for the Western District of Oklahoma

15. Facebook posted by Vance Dotson, with Plaintiff posted on or about September 22, 2017

16. Facebook posting by Vance Dotson including reference to #stayOFFmyDICK"

**May use at trial:**

17. Vance Dotson Instagram posting regarding suing 1,000 Debt Collectors (Exhibit to deposition of Vance Dotson).

18. Screen shots of postings made by Vance Dotson to Instagram, Facebook and other social media accounts.

19. Screen shot of posting made by Vance Dotson regarding Randall J. Wood

Respectfully submitted,


 s/ Randall J. Wood
Randall J. Wood, OBA No. 10531
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, Oklahoma  73106
Telephone:    (405) 235-1611
Facsimile:     (405) 235-2904
rwood@piercecouch.com
***Attorneys for Defendants***
***Agency of Credit Control, Inc. and***
***Michael Horstmann***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Brian L. Ponder                    brian@brianponder.com
Brian Ponder, LLP
200 Park Avenue, Suite 1700
New York, New York 10166

and

Tiffany Hill                           tiffany@brianponder.com
Brian Ponder, LLP
100 Park Avenue, Suite 700
Oklahoma City, OK  73102
***Attorneys for Plaintiff***

Robert E. Norman               rnorman@cheekfalcone.com
Cheek & Falcone, PLLC
6301 Waterford Blvd., Suite 320
Oklahoma City, OK  73118
***Attorney for Defendants***

                                    s/ Randall J. Wood
                                      Randall J. Wood